JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, | Case No. ED CV 15-1266-VAP (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RIVERSIDE COUNTY SUPERIOR COURT, et al., | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: August 24, 2015____

*Virginia A. Phillips*

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE